UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Robert C. Wesolek, <br>     Plaintiff, <br><br> v. <br><br> Pacific Hunt Energy Corporation <br> and Pacific Hunt Energy Limited, <br>     Defendants. | §§§§§§§§§ | Civil Action H-20-2537 |

## Order of Adoption

On August 10, 2021, Magistrate Judge Peter Bray recommended that the court grant in part and deny in part Defendants' Pacific Energy Corporation and Pacific Hunt Energy Limited's motions for partial dismissal. (36) Defendants filed objections to the report and recommendation. (37) The court denies Defendants' objections and adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on August 25, 2021.

_____
Lynn N. Hughes
United States District Judge