United States District Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Robert C. Wesolek,  §<br>   Plaintiff, §<br> §<br>v. §<br> §<br>Pacific Hunt Energy Corporation §<br>and Pacific Hunt Energy Limited, §<br>   Defendants. § | Civil Action H-20-2537 |

# Report and Recommendation

Plaintiff Robert C. Wesolek and Defendants Pacific Hunt Energy Corporation and Pacific Hunt Energy Limited entered into a settlement agreement in February 2022. ECF No. 42-1. Under the terms of the agreement Defendants agreed to pay Plaintiff $185,000 in three separate payments, after which Plaintiff agreed that he would dismiss this case. *Id.* at 1.

At a hearing on May 3, 2022, counsel for both parties agreed that the settlement agreement is valid, enforceable, and binding and that Defendants failed to make all three payments required by the agreement.

Because the case has been settled, the court recommends that it be dismissed with prejudice under the terms of the settlement agreement. Plaintiff's counsel may file a motion to enforce the settlement agreement after the case is dismissed, if necessary.

The parties have fourteen days from service of this Report and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on May 9, 2022.

_____
Peter Bray
United States Magistrate Judge