| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
May 25, 2022
Nathan Ochsner, Clerk

Robert C. Wesolek, §
   Plaintiff, §
 §
v. §    Civil Action H-20-2537
 §
Pacific Hunt Energy Corporation §
and Pacific Hunt Energy Limited, §
   Defendants. §

## Order of Adoption

On May 9, 2022, Magistrate Judge Peter Bray recommended that the court dismiss the case with prejudice under the terms of the settlement agreement. (44) No party filed objections. The court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on May 25, 2022.

_____
Lynn N. Hughes
United States District Judge